# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | | |
|---|---|---|
| **S.M. REAL ESTATE, LLC, et al** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| vs. | § | Case No. 8:09-cv-00978-RWT |
| | § | |
| **CHRISTIAN LAETTNER, et al** | § | |
| | § | |
| **Defendants** | § | |

## MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT[1]

Defendants Christian Laettner and Brian Davis, by their undersigned counsel, pursuant to Fed. R. Civ. P 12(b)(6), move this court to dismiss the complaint as it fails to state a cause of action upon which relief may be granted. The court is referred to the accompanying Memorandum of Points and Authorities in support of this motion.

                    Respectfully submitted,
                    BRAULT GRAHAM, LLC

By: ___/S/ Daniel L. Shea_____
     Daniel L. Shea, Esquire
     Bar No. 00464
     101 S. Washington Street
     Rockville, Maryland 20850
     (301) 424-1060 – Phone
     Email: dls@braultgraham.com
     Attorneys for Defendants

---

[1] Federal Rule of Civil Procedure 12(d) permits the court to consider exhibits and other facts to support dismissal. The Rule permits the court to treat such a motion as one for summary judgment under Rule 56. For this reason this motion is styled in the alternative, as exhibits have been presented for the court's consideration.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of Jul;y 2009, a true and correct copy of the foregoing was served via electronic transmission to counsel of record as follows:

Roy I. Niedermayer, #03122
Arthur House, #00031
Paley Rothman Goldstein Rosenberg Eig and Cooper Chtd.
4800 Hampden Lane, Seventh Floor
Bethesda, Maryland 20814

__/S/Daniel L. Shea_____
Daniel L. Shea, Esq.