## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Southern Division

S.M. REAL ESTATE, LLC )
)
and )
)
SHAWNE MERRIMAN )
)
              Plaintiffs, )
)
      v. )      Case No. 8:09-CV-00978-RWT
)
CHRISTIAN LAETTNER )
)
and )
)
BRIAN DAVIS )
)
and )
)
BD VENTURES, LLC, a District of Columbia. )
     limited liability company )
)
  Serve: Brian Davis, Managing Member )
        2230 Massachusetts Avenue, N.W, )
        Washington, D.C. 20011 )
)
          Defendants. )

### FIRST AMENDED COMPLAINT FOR DAMAGES

Plaintiffs, S.M. Real Estate, LLC and Shawne Merriman, by and through their attorneys, Roy I. Niedermayer, Arthur G. House, and Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd., sues Christian Laettner, Brian Davis, and BD Ventures, LLC, Inc. and state:

**JURISDICTION; PARTIES; VENUE.**

1.    Plaintiff S.M. Real Estate, LLC ("LLC") is a sole member limited liability company established under the laws of the State of Maryland and with its principal place of business in Maryland.  LLC is a citizen of the State of Maryland.

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

2.      Shawne Merriman ("Merriman") is an adult person and a citizen of the state of California.

3.      Defendant Christian Laettner ("Laettner") is an adult person and a citizen of the State of Georgia.

4.      Defendant Brian Davis ("Davis") is an adult person and a citizen of the District of Columbia.

5.      Defendant BD Ventures, LLC ("BDV") is a limited liability company established under the laws of the District of Columbia and with its principal place of business is the District of Columbia.  BDV is a citizen of the District of Columbia.

6.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, because this case involves a controversy between citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000).

7.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(a)(2) and (3) because the contracts giving rise to this action ere entered into in Maryland and the parties have consented in writing to venue in this District and Division.

FACTS COMMON TO ALL CLAIMS.

8.      On or about August 3, 2007, LLC, Merriman, BDV, Laettner and Davis entered into an investment transaction whereby Merriman would contribute the sum of Three Million Dollars ($3,000,000) to LLC and LLC would (1) loan BDV the entire $3 million (the "Loan") in two installments reflected by two separate promissory notes and (2) obtain an ownership interest in real estate development projects owned and developed by BDV or other entities,

9.     The parties evidenced the Loan by a promissory note in the principal amount of Two Million Seven Hundred Fifty Thousand Dollars ($2,750,000) and a second promissory note in the principal amount of Two Hundred Fifty Thousand Dollars ($250,000) (collectively, the "Notes").

10.     The Notes bear interest at the rate of ten percent (10%) per annum and with all accrued interest and principal due and payable in full on August 3, 2009.

11.     Laettner and Davis in their individual capacities guaranteed payment of the Notes.

12.     LLC loaned BDV the principal sum of Three Million Dollars ($3,000,000) in accordance with the terms of the transaction.

13.     Thereafter, the parties entered into a Memorandum of Understanding (the "MOU") containing additional agreements concerning the Loan, its disbursement and repayment, and the acquisition of the ownership interest by Merriman.

14.     Laettner and Davis in their individual capacities guaranteed payment of the Loan and performance of the other obligations contained in the MOU.

15.     BDV made irregular payments on the Notes until August 18, 2008 after which no further payments were received by LLC.

16.     About December 1, 2008, the parties entered into a First Amendment to the MOU (the "1st Amended MOU") modifying the payment schedule for the Notes, changing the maturity date of the Notes to March 30, 2009, and adding additional obligations of BDV, Davis and Laettner, including the requirement of a payment of Seventy-two Thousand Dollars ($72,000) on December 15, 2008.

17.     The $72,000 December 15, 2008 payment was not made.

18.     Davis and Laettner defaulted in performance of their obligations under the 1st Amended MOU including failing to make the payment of amounts due in accordance with the 1st Amended MOU .

19.     Davis and Laettner failed to cause the Notes to be paid on the new maturity date of March 30, 2009.

20.     The stated maturity date of the Notes is August 3, 2009.

21.     BDV failed to pay the Notes on the maturity date.

22.     Laettner and Davis as guarantors of the Notes failed to pay the Notes on the maturity date.

### COUNT I
Breach of 1st Amended MOU -Laettner and Davis

23.     LLC realleges and incorporates herein by reference paragraphs 8-19 *supra* as if fully set forth in this Count I.

24.     The actions of Laettner and Davis constitute material breaches of the 1st Amended MOU .

25.     By their actions and statements, Laettner and Davis have defaulted on and breached the terms of the 1st Amended MOU .

26.     The defaults and breach of Laettner and Davis have proximately caused LLC to suffer substantial harm and damages.

WHEREFORE, LLC demands judgment against Laettner and Davis in the amount of Three Million Dollars ($3,000,000), plus accrued interest in accordance with the terms of the Notes until paid, costs and expenses incurred in this action, reasonable attorneys' fees as provided in the Notes and such other and further relief as this Court deems just and proper.

- 4 -

## COUNT II
Specific Performance

27.     Merriman realleges and incorporate by reference paragraphs 8-19 *supra* as if fully set forth in this Count II.

28.     In accordance with the MOU and 1st Amended MOU , Merriman was to receive ownership interests in real estate development projects being built and sold by BDV, Laettner and Davis (the "Projects").

29.     Laettner and Davis controlled BDV and the Projects.

30.     Laettner and Davis were to cause BDV and the other Project entities to give Merriman ownership interests in the Projects.

31.     Merriman performed all his obligations and duties under the MOU and 1st Amended MOU  and has earned and is entitled to his ownership interests in the Projects.

32.     Laettner and Davis have failed or refused to convey, or cause the ownership interests in the Projects to be conveyed to Merriman.

33.     The ownership interests in the Projects are unique because the Projects are for the development and ownership in real estate.

WHEREFORE, Merriman prays that the Court enter an order for specific performance of the 1st Amended MOU  and to order Laettner and Davis to convey, or cause to be conveyed, to Merriman his ownership interests in the Projects, plus interest, costs and expenses incurred in this action, reasonable attorneys' fees incurred herein and such other and further relief as this Court deems just and proper.

## COUNT III
Promissory Notes- BDV

34.     LLC realleges and incorporates herein by reference paragraphs 8-22 *supra* as if fully set forth in this Count III.

35.     BDV's actions constitute a material breach of the terms of the Notes.

36.     The defaults and breach of BDV has proximately caused LLC to suffer substantial harm and damages.

WHEREFORE, LLC demands judgment against BDV in the amount of Three Million Dollars ($3,000,000), plus accrued interest in accordance with the terms of the Notes until paid, costs and expenses incurred in this action, reasonable attorneys' fees as provided in the Notes and such other and further relief as this Court deems just and proper.

## COUNT IV
### Guaranty of Loan- Laettner

37.     LLC realleges and incorporates by reference paragraphs 8-22 *supra* as if fully set forth in this Count IV.

38.     On or about August 3, 2007, Laettner entered into a guaranty of the Loan in favor of LLC.

39.     Upon the default and breach of BDV, Laettner has failed and refused either to perform the obligations of BDV or make the payments due LLC from BDV despite demand therefor by LLC.

40.     Laettner has not performed his guaranty obligations including making the payment of December 15, 2008 and the payment due under the Notes on their maturity date.

WHEREFORE, LLC demands judgment against Laettner in the amount of Three Million Dollars ($3,000,000), plus accrued interest in accordance with the terms of the Notes until paid, costs and expenses incurred in this action, reasonable attorneys' fees as provided in the Notes and such other and further relief as this Court deems just and proper.

- 6 -

## COUNT V
### Guaranty of Loan- Davis

41.   LLC realleges and incorporates by reference paragraphs 8-22 *supra* as if fully set forth in this Count IV.

42.   On or about August 3, 2007, Davis entered into a guaranty of the Loan in favor of LLC.

43.   Upon the default and breach of BDV, Davis has failed and refused either to perform the obligations of BDV or make the payments due LLC from BDV despite demand therefor by LLC.

44.   Laettner has not performed his guaranty obligations including making the payment of December 15, 2008 and the payment due under the Notes on their maturity date.

WHEREFORE, LLC demands judgment against Laettner in the amount of Three Million Dollars ($3,000,000), plus accrued interest in accordance with the terms of the Notes until paid, costs and expenses incurred in this action, reasonable attorneys' fees as provided in the Notes and such other and further relief as this Court deems just and proper.

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHTD.

By: _____
Roy J. Niedermayer, Esq. #180380
Arthur G. House, Esq. #161844

4800 Hampden Lane, Seventh Floor
Bethesda, MD 20814
Telephone: (301) 951-4456
Facsimile: (301) 654-7354
Email: rniedermayer@paleyrothman.com

Attorneys for Shawne Merriman and
S. M. Real Estate, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2009, a copy of Plaintiffs' First Amended Complaint were sent by electronic mail and first class mail, postage prepaid to:

Daniel Leonard Shea
Brault Graham Scott and Brault LLC
101 S Washington St
Rockville , MD 20850
E-Mail: dls@braultgraham.com

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD.

By: _____
      Roy Niedermayer, Esq. #93122