LAW OFFICES
# BRAULT GRAHAM, LLC
101 SOUTH WASHINGTON STREET
ROCKVILLE, MARYLAND 20850
(301) 424-1060
FAX (301) 424-7991
BG@BRAULTGRAHAM.COM

ALBERT D. BRAULT ᐃ
LEO ALOYSIUS ROTH, JR. ᐃ
JAMES S. WILSON ᐃ
DANIEL L. SHEA ✦
DAVID G. MULQUIN ○
JAMES M. BRAULT ᐃ
STUART N. HERSCHFELD ᐃ
CRYSTAL S. DEESE ✦
HEATHER J. KELLY ✚
DAVID F. RYDER ᐃ
BRADFORD J. ROEGGE ✶

○ ADMITTED TO MD ONLY
ᐃ ADMITTED TO MD & DC
✦ ADMITTED TO MD, DC & GA
✚ ADMITTED TO MD, DC & VA
✶ ADMITTED TO MD, DC & MN

ALBERT E. BRAULT
1906-2002
DENVER H. GRAHAM
1922-1987
LAURENCE T. SCOTT
1928-2007

OF COUNSEL
M. KATHLEEN FALLON ᐃ
JOAN F. BRAULT ᐃ
JAMES ROBERT MILLER
1926-2003

February 2, 2010

Hon. Roger W. Titus
United States District Court
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland 20770

  Re: *SM Real Estate, LLC, et al v. Christian Laettner, et al*; In the United States District Court for the District of Maryland; Case No. 8:09-cv-00978-RWT

Dear Judge Titus:

This will serve as a follow-up to yesterday's hearing wherein you requested the citizenship of the members of B.D. Ventures, LLC, as well as the citizenship of its members.

The members of B.D. Ventures, LLC are:

  1. Brian Davis;
  2. Christian Laettner; and
  3. Jay Cee Development, LLC.

Mr. Davis is a citizen of the District of Columbia. Mr. Laettner is a citizen of the State of Florida.

Counsel for Jay Cee Development, LLC advises that as of the filing of the Amended Complaint which added B.D. Ventures, LLC as a party, Jay Cee Development, LLC was and remains a citizen of the District of Columbia and that its two members are James Crawford, a Maryland resident and Charles Woodson, a Florida resident.

Plaintiffs' First Amended Complaint alleges that Plaintiff S. M. Real Estate, LLC is a Maryland entity with its principal place of business in Maryland. Given that Mr. Crawford is a Maryland resident, in light of your

Hon. Roger W. Titus
February 2, 2010
Page 2

Honor's comments concerning the issue of diversity of citizenships, I have concerns as to the existence of complete diversity. See, *Grupo Dataflux v. Atlas Global Group, L.P.*, 541 U.S. 567, 124 S. Ct. 1920 (2004); *Carden v. Arkoma Associates*, 494 U.S. 185, 195-96, 110 S.Ct. 1015, 108 L.Ed.2d 157 (1990); *JBG/JER Shady Grove, LLC. V. Eastman Kodak Company*, 127 F.Supp.2d 700 (D.Md. 2001); *National Association of State Farm Agents, Inc. v. State Farm Mutual Automobile Insurance Co.*, 201 F.Supp.2d 525 (D.Md. 2002); *611, LLC v. U.S. Lubes, LLC*, 2006 WL 2038615 (D.Md.); *MTBR, LLC v. D.R. Horton, Inc.*, 2008 WL 3906768 (D.Md.).

Thank you for your attention to these matters.

Very truly yours,

Daniel L. Shea

DLS/pn

cc:   Roy I. Niedermayer, Esq.