**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | |
|---|---|
| S.M. REAL ESTATE, LLC, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Case No. 8:09-CV-00978-RWT |
| ) | |
| CHRISTIAN LAETTNER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **JOINT INITIAL REPORT**

This Initial Report is made pursuant to the Court's Scheduling Order entered February 2, 2010.

1. <u>Modification of Initial Scheduling Order</u>.  The parties do not request that the terms of the Scheduling Order be modified.

2. <u>Early Settlement/ADR Conference</u>.  The parties do not request an early settlement or ADR conference.

3. <u>Consent to Magistrate Judge</u>.  The parties have not unanimously consented to the submission of this case to a United States Magistrate Judge.

4. <u>Discovery of Electronically Stored Information</u>.  Counsel for the parties have consulted and are in the process of further discussions on the details for discovery based on the Court's Suggested Protocol for Discovery of Electronically Stored Information.

- 2 -

Respectfully Submitted:


PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHTD.


By: /s/ Roy Niedermayer
    Roy I. Niedermayer, Esq. #03122

4800 Hampden Lane, Seventh Floor
Bethesda, MD 20814
Telephone: (301) 951-4456
Facsimile: (301) 654-7354
E-mail: rniedermayer@paleyrothman.com

Attorneys for Shawne Merriman and
    S. M. Real Estate, LLC


BRAULT GRAHAM, LLC


By: /s/ Daniel L. Shea
    Daniel L. Shea, Esq.   #00464

101 S Washington St
Rockville , MD 20850
Telephone: (301) 424-1060
Facsimile: (301) 424-7991
E-mail: dls@braultgraham.com

Attorneys for Defendants