IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| S.M. REAL ESTATE, LLC, et al § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | Case No. 8:09-cv-00978-RWT |
| § | |
| CHRISTIAN LAETTNER, et al § | |
| § | |
| Defendants § | |

## ANSWER TO AMENDED COMPLAINT

Come now Defendants Christian Laettner and Brian Davis, by and through counsel, and for their Answer to the allegations of the Amended Complaint which relate to them, state:

### FIRST DEFENSE

The Amended Complaint fails to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

Responding to the specifically numbered paragraphs of the Amended Complaint, Defendants state:

The following paragraphs of the Amended Complaint as phrased are admitted:  1; 4; the first sentence of paragraph 5.

1

The following paragraphs of the Amended Complaint as phrased are denied: the second sentence of paragraph 3, and paragraphs 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 28, 29, 30, 31, 32, 33, 38, 39, 40, 42, 43, 44.

Defendants are without knowledge or information sufficient to form a belief as to the truth of the following paragraph: 2.

Responding to paragraphs 23, 27, 37 and 41, the responses above to the paragraphs which precede each of these paragraphs are incorporated herein by reference.

### THIRD DEFENSE

Any allegation not specifically admitted is denied.

### FOURTH DEFENSE

The complaint is barred by reason of a failure of consideration and Plaintiffs' failure of performance.

### FIFTH DEFENSE

The complaint is barred by reason of the statute of frauds.

### SIXTH DEFENSE

The complaint is barred by reason of the rule against perpetuities.

### SEVENTH DEFENSE

The complaint is barred by reason of the doctrine of estoppel.

### EIGHTH DEFENSE

The complaint is barred by reason of the doctrine of waiver.

## NINTH DEFENSE

This court is without subject matter jurisdiction as there is a lack of complete diversity.

Wherefore, having fully responded to the complaint, Defendants Christian Laettner and Brian Davis request that the complaint be dismissed and that judgment be entered in favor of these Defendants.

>Respectfully submitted,
>
>BRAULT GRAHAM, LLC
>
>_____/s/Daniel L. Shea_____
>Daniel L. Shea, #00464
>301 South Washington Street
>Rockville, Maryland 20850
>301-424-1060
>dls@braultgraham.com
>*Attorneys for Defendants Christian Laettner and Brian Davis*

## JURY DEMAND

Defendants demand a trial by jury as to all issues.

>___/s/Daniel L. Shea_____
>Daniel L. Shea, Esq.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of February 2010, a true and correct copy of the foregoing was served via electronic transmission to counsel of record as follows:

>Roy I. Niedermayer, #03122
>Arthur House, #00031
>Paley Rothman Goldstein Rosenberg Eig and Cooper Chtd.
>4800 Hampden Lane, Seventh Floor
>Bethesda, Maryland 20814

>___*/s/Daniel L. Shea*_____
>Daniel L. Shea, Esq.