IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| S.M. Real Estate, LLC, and Shawne Merriman, <br><br> Plaintiffs, <br><br> v. <br><br> Christian Laettner, Brian Davis and BD Ventures, LLC <br><br> Defendants. | Case No. 8:09-cv-00978-RWT <br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

## PLAINTIFFS S.M. REAL ESTATE, LLC AND SHAWNE MERRIMAN'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Motion for Summary Judgment, Memorandum or Law, Affidavit of Shawne Merriman, and accompanying exhibits, and Declaration of David E. Ross, and accompanying exhibits, Plaintiffs S.M. Real Estate, LLC and Shawne Merriman will move this Court for Summary Judgment on September 10, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that Plaintiffs request oral argument on this matter pursuant to Local Rule 105(6).

Dated: August 9, 2010

*[signature]*

Marc E. Kasowitz (*pro hac vice*)
David E. Ross (*pro hac vice*)
Rachel E. Lubert (*pro hac vice*)
Kasowitz, Benson, Torres & Friedman LLP

1633 Broadway
New York, New York 10019
Telephone: 212-506-1700
Fax: 212-506-1800

Roy I. Niedermayer
Arthur G. House
Paley Rothman Goldstein Rosenberg Eig
& Cooper, Chtd.
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814
Telephone: 301-951-4456
Fax: 301-652-8302

Attorneys *for Plaintiffs Shawne Merriman and S.M. Real Estate, LLC*