## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| S.M. Real Estate, LLC and Shawne Merriman, | x : : | |
| Plaintiffs, | : : | |
| v. | : : | Case No. 8:09-CV-00978-RWT |
| Christian Laettner, Brian Davis and BD Ventures, LLC, | : : : | **ORDER AND JUDGMENT** |
| Defendants. | : : : x | |

## ORDER AND JUDGMENT

Upon consideration of Plaintiff S.M. Real Estate, LLC's and Plaintiff Shawne Merriman's Motion For Summary Judgment [ECF No. 90] together with the accompanying papers, filed on August 9, 2010 (the "Motion"), the opposition of Defendants BD Ventures, LLC, Christian Laettner and Brian Davis, and Plaintiffs' reply thereto, and upon the evidentiary record submitted on the Motion, and upon all pleadings and other papers and proceedings herein, and after hearing counsel for all parties on November 18, 2010, and upon the Court's oral ruling issued on November 18, 2010, it is, for the reasons stated on the record, this 10th day of December, 2010, by the United States District Court for the District of Maryland,

**ORDERED, ADJUDGED AND DECREED**, that the Motion for Summary Judgment [ECF No. 90] is **GRANTED** in all respects on all counts of Plaintiffs' Amended Complaint; and it is further

**ORDERED, ADJUDGED AND DECREED**, that judgment shall be entered in favor of Plaintiff S.M. Real Estate, LLC against Defendants Christian Laettner, Brian Davis and BD Ventures, LLC jointly and severally in the amount of $3,765,334.14; and it is further

**ORDERED, ADJUDGED AND DECREED**, that from the date of entry of this Judgment by the Clerk of the Court through and including the date that the Judgment is satisfied in full, Plaintiff S.M. Real Estate, LLC shall be entitled to recover from Defendants Christian Laettner, Brian Davis and BD Ventures, LLC jointly and severally per diem post-judgment interest at the annual rate provided by law; and it is further

**ORDERED, ADJUDGED AND DECREED**, that judgment shall be entered in favor of Plaintiff Shawne Merriman against Defendants Christian Laettner, Brian Davis and BD Ventures, LLC, for the transfer to Shawne Merriman of the percentage interests and related capital accounts as set forth in subparagraphs (a) through (c) below,[1] and that Defendants Christian Laettner and Brian Davis are ordered to execute such documents as are necessary to confirm and effect the transfer of such interests to Shawne Merriman within 10 days of the entry of this Judgment:

   a. With respect to the "Atlanta – East Village" project, Shawne Merriman shall receive a ten percent (10%) membership interest in PDP LLC, and Mr. Merriman's capital account in PDP LLC shall be $800,000;

   b. With respect to the "Durham – West Village" project, Shawne Merriman shall receive a ten percent (10%) membership interest in the West Village Condos Partnership LLP, and Mr. Merriman's capital account in the West Village Condos Partnership LLP shall be $800,000;

---

[1] Pursuant to Sections 1(a)-(d) of the First Amended Memorandum of Understanding, Merriman Aff. Exh. 5.

      c. With respect to the "Baltimore" project, Shawne Merriman shall receive a ten percent (10%) membership interest in the Baltimore Partnership, and Mr. Merriman's capital account in the Baltimore Partnership shall be $1,400,000; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiff Shawne Merriman (or his designee(s)) shall have the option at any time to convert and transfer his (their) ownership interest in any or all of the Atlanta – East Village project, the Durham – West Village project, and the Baltimore project, to any other projects now or later undertaken by Christian Laettner and/or Brian Davis, or entities in which they have an interest, on such terms and conditions agreed to by such parties in good faith, but in no event on terms less favorable to Shawne Merriman than the terms of subparagraphs (a) through (c) of the immediately preceding paragraph;[2] and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs are **GRANTED LEAVE** to file, on or before **January 14, 2011**, a motion for recovery of reasonable legal fees, costs and expenses associated with obtaining this Judgment[3] that is consistent with Appendix B, Rules and Guidelines for Determining Attorneys' Fees in Certain Cases, of the Local Rules of the United States District Court for the District of Maryland; and it is further

**ORDERED, ADJUDGED AND DECREED**, that this Court shall retain jurisdiction of this matter for purposes of the enforcement of this Judgment, and such other post-Judgment matters which may come before the Court; and it is further

---

[2] Pursuant to Section 1(e) of the First Amended Memorandum of Understanding, Merriman Aff. Exh. 5.

[3] Pursuant to Page 2 of the Promissory Notes, Merriman Aff. Exh. 2

**ORDERED, ADJUDGED AND DECREED**, that the Clerk of the Court is **DIRECTED** to **ENTER** this Judgment and **CLOSE** this case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
