# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND   20770  
301-344-0052

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *S.M. Real Estate, LLC, et al. v. Christian Laettner, et al.*
Civil Action No. RWT-09-0978

DATE: January 3, 2011

\* \* \* \* \* \* \* \* \*

The Court has been advised by Plaintiffs that Defendants may have failed to comply with the Court's December 10, 2010 Order directing Defendants to transfer certain property interests to Plaintiff Shawne Merriman. Accordingly, the Court will hold a telephone status conference on **January 5, 2011 at 4:00 p.m.** to discuss the parties' compliance with that Order. Counsel for Plaintiffs should initiate the call.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge